Respondent.—Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Order filed.

Hedwig Hacker, as Administratrix, etc., of Julius Hacker, Deceased, Respondent, v. O'Rourke Engineering and Construction Company, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $5,000, in which event judgment as so reduced and order affirmed, without costs. No opinion. Houghton, J., dissenting. Settle order on notice.

Annie Mangan, as Administratrix, etc., of John J. Mangan, Deceased, Appellant, v. Manhattan Railway Company, Respondent.— Judgment affirmed, with costs. No opinion. Order filed.

George Morgan, Appellant, v. The City of New York, Respondent.— Judgment and order affirmed, with costs. No opinion. Order filed.

Willet F. Cook, Appellant, v. Rutherfurd Realty Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

In the Matter of the Judicial Settlement of the Account of David I. Doremus, as Executor, etc., of Susan R. Brooks, Deceased, Respondent. Susan R. Brooks and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

In the Matter of the Estate of Alice Fenner Mills Wood, an Incompetent Person. Whitman S. Mead and William M. Fliess, as Committee of Augustus T. Gillender, and The Lawyers' Surety Company of New York, Appellants; Henry A. Wise Wood, as Committee, etc., of Alice Fenner Mills Wood, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed. (Houghton, J., dissenting as to taxes.)

The People of the State of New York ex rel. Irving K. Farrington, Appellant, v. Louis Mensching, a Peace Officer of the County of New York, Respondent.— Order affirmed on the authority of *People ex rel. Hatch* v. *Reardon* (184 N. Y. 431). Order filed.

Brooks Brothers, Respondent, v. Louis C. Tiffany and Others, as Executors of and Trustees under the Last Will and Testament of Charles L. Tiffany, Deceased, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Herts Brothers, Respondent, v. Louis C. Tiffany and Others, as Executors of and Trustees under the Last Will and Testament of Charles L. Tiffany, Deceased, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. Order filed.

The People of the State of New York ex rel. Edward Sellew, Appellant, v. John H. O'Brien, as Fire Commissioner of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Sigmund Stern, Respondent, v. Solomon Brandt, Impleaded with Minnie Brandt, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Charles C. Jolliffe, Respondent, v. John L. Miller, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Edward P. Hatch, Appellant, v. Charles N. Morgan and George E. Morgan, Respondents.— Order modified as stated in order entered, and as modified affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Robert J. Haire, Appellant, v. Joseph J. Hughes, Respondent, Impleaded with Margaret E. Hughes and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Tracy W. Pratt, Appellant, v. William I. Clark and Others, Respondents.— Motion to dismiss appeal from order requiring plaintiff to give security for costs granted, with ten dollars costs. Order filed.

Tracy W. Pratt, Appellant, v. William I. Clark and Others, Respondents.— Motion to dismiss appeal from judgment denied, without costs. See memorandum. Order filed.

The People of the State of New York ex rel. Thomas C. Quinn, Respondent, v. John R. Voorhis and Others, as Commissioners, etc., Appellants.— Motion for leave to go to Court of Appeals granted and questions certified. Order filed.